UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:18-CV-11990-LTS

RAOUL MARRADI,
    Plaintiff,

v.

LEONE 2016 TRUST and VICTOR LEONE, JR.
    Defendants.

## DEFENDANTS' MOTION TO STAY

Now comes defendants Leone 2016 Trust and Victor Leone, Jr. in the above captioned matter and hereby moves this Court put in place a stay on all proceedings in the above-captioned matter until 90 days runs from the plaintiff's representatives filing of their suggestion of death, November 5, 2018.

In support of the motion, defendants state that any and all negotiations have come to a halt as a representative or successor has not yet been approved/named and shall be stayed in the proceedings for the 90 days as provided by the rule and case law. See Decision by Judge Saylor in <u>Raoul Marradi v. 724 Huntington Avenue, Inc. and Brigham Circle Tr.</u>, Civil Action No. 18-11469-FDS case.

Respectfully submitted,

Defendants
LEONE 2016 TRUST and VICTOR LEONE, JR.
By their attorney,

/s/   *William F. Burke*
William F. Burke, Esq. (BBO #065780)
wburke@princelobel.com
PRINCE LOBEL TYE LLP
One International Place – Suite 3700
Boston, MA 02110
T: (617) 456-8000
F: (617) 456-8100

Dated: November 20, 2018

### CERTIFICATE OF SERVICE

I, William F. Burke, hereby certify that on October 30, 2018, a true and accurate copy of this Motion to Stay, was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: November 20, 2018           /s/ *William F. Burke*
                                    William F. Burke